IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER L. PARKER,
Inmate #S07242,

Petitioner,

vs.   Case No. 13-cv-0206-DRH-DGW

ZACK ROECKMAN,

Respondent.

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

On April 17, 2013, Petitioner was ordered to pay the full filing fee of $5.00 for this action no later than May 17, 2013 (Doc. 17). Petitioner was clearly warned in that Order that failure to pay the full filing fee of $5.00 would result in dismissal of this case. The date to pay the full filing fee has passed, and Petitioner has failed to do so. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b). *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Signed this 31st day of May, 2013.

David R. Herndon
2013.05.31
15:39:51 -05'00'

**Chief Judge**
**United States District Court**