IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER L. PARKER,

    Petitioner,

-vs-

ZACK ROECKMAN
*Warden*,

    Respondent.                      No. 13-cv-206-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on July 14, 2014 (Doc.60), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.** Claims one and two are **DISMISSED** with prejudice. Claim three is **DISMISSED** without prejudice. The Court declines to issue a certificate of appealability.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:  s/*Caitlin Fischer*
                                              Deputy Clerk

**DATED:** July 14, 2014

Digitally signed by David R. Herndon
Date: 2014.07.14 15:24:22 -05'00'

**APPROVED:**
    CHIEF JUDGE
    U. S. DISTRICT COURT